BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant KOTTAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 04-0031 MHP |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO JANUARY 10, 2011 |
| JOHN ALAN KOTTAGE, | ) |
| Defendant. | ) Honorable Marilyn Hall Patel |

1  The initial appearance for John Kottage, the defendant in the above-captioned case charging a
2  violation of supervised release, is currently set for November 29, 2010.  However, U.S. Probation
3  Officer Sharon Alberts has requested that the parties seek a continuance in that hearing date due to
4  the significant progress of Mr. Kottage in getting needed alcohol abuse and mental health treatment.
5  Specifically, Ms. Alberts reports that Mr. Kottage, who is now at a program in Marin County and is
6  receiving necessary medication there, has stabilized and is "going in a good direction."  Mr. Kottage
7  will next be applying to enter a 30-day in-patient program through the Veterans Administration,
8  which could commence as early as November 29, 2010.  This could then lead to VA housing on
9  Treasure Island.  In light of this favorable opportunity, the parties stipulate and jointly request that
10 the initial appearance date currently set for November 29, 2010, be continued to January 10, 2011, at
11 10:00 a.m. Ms. Alberts has indicated that, in light of Mr. Kottage's the progress, the U.S. Probation
12 Office may at that time be recommending that the current charges of violating the terms of
13 supervised release be dismissed.
14 IT IS SO STIPULATED.

15                                     MELINDA HAAG
                                        United States Attorney
16

17 DATED: November 23, 2010        ___/s/_____
                                    BRIAN LEWIS
18                                  Assistant United States Attorney

19

20 DATED: November 23, 2010        ___/s/_____
                                    DANIEL P. BLANK
21                                  Assistant Federal Public Defender
                                    Attorney for John Kottage
22

23 IT IS SO ORDERED.

24 DATED:  11/24/2010               _____
                                    MARILYN HALL PATEL
25                                  United States District Judge

26

STIP. & PROP. ORDER

*IT IS SO ORDERED* — Judge Marilyn H. Patel (seal: United States District Court, Northern District of California)