1 BARRY J. PORTMAN
Federal Public Defender
2 DANIEL P. BLANK
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700

5 Counsel for Defendant KOTTAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 04-0031 MHP |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING COURT |
| | ) | APPEARANCE |
| JOHN ALAN KOTTAGE, | ) | |
| | ) | Honorable Marilyn Hall Patel |
| Defendant. | ) | |

With the approval of U.S. Probation Officer Sharon Alberts, the parties stipulate and jointly request that the forthcoming appearance for Defendant John Alan Kottage be continued from March 14, 2011, at 10:00 a.m., to April 11, 2011, at 10:00 a.m.  Counsel for Mr. Kottage has a family medical issue that precludes him from being able to attend the hearing currently set for March 14.  In addition, Ms. Alberts has indicated that additional time for Mr. Kottage to more fully adjust to his treatment regimen before appearing in court would be to his benefit.

IT IS SO STIPULATED.

                                    MELINDA HAAG
                                    United States Attorney

DATED:   3/8/2011         __/s/_____
                                    BRIAN LEWIS
                                    Assistant United States Attorney


DATED:   3/8/2011         __/s/_____
                                    DANIEL P. BLANK
                                    Assistant Federal Public Defender
                                    Attorney for John Alan Kottage


IT IS SO ORDERED.

DATED:   3/9/2011         _____
                                    MARILYN HALL PATEL
                                    United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel (signed)*